

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00333-CV

Joseph Patrick **GARZA**,
Appellant

v.

**NATIONS FUND I, LLC**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-19-35
The Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED June 12, 2019.

_____
Sandee Bryan Marion, Chief Justice